THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER GEORGE ROE, Appellant.— Judgment

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.